IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHARON HAZELWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE DEPARTMENT OF ) <br> SAFETY, et al., ) <br> ) <br> Defendants. ) | No. 3:05-cv-356 |

## **O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the motion of defendants Fred Phillips, Tom Moore, Lynn Pitts, Charles Laxton, Larry Rucker, Dennis Murray, Dave Cooley, and Travis McNeal, sued in their official capacities, for summary judgment [doc. 92] is **GRANTED**, and the complaint filed against these defendants is **DISMISSED**. The only defendants remaining in the lawsuit

are "John Doe" defendants who have not been identified or served with process. Therefore, it is further **ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that defendants' motion for a *Daubert* hearing [doc. 115] is **DENIED AS MOOT**.

ENTER:

      *s/ Leon Jordan*
United States District Judge

ENTERED AS A JUDGMENT
    *s/ Patricia L. McNutt*
   PATRICIA L. McNUTT
    CLERK OF COURT